**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

v.  CASE NO: 3:07-cr-155-J-25HTS

TIMOTHY VAN GRIFFIN

_____

**O R D E R**

In view of Defendant's statements at his initial appearance and arraignment on July 12, 2007, regarding his past mental history and treatment, counsel shall file a motion if a competency examination is needed. Such motion shall be filed within five (5) days from the date of this Order. Failure to do so will indicate the parties are satisfied as to Defendant's competence to proceed and are of the view such examination is not necessary.

**DONE AND ORDERED** at Jacksonville, Florida, this 12th day of July, 2007.

/s/ Howard T. Snyder _____
HOWARD T. SNYDER
United States Magistrate Judge

Copies furnished to:

Asst. United States Attorney (Glober)
William Charles Fletcher, Esquire